IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD VANCE,                          )
                                        )
            Plaintiff,                  )
                                        )   Civil No. 04-3030-CO
     v.                                 )
                                        )   ORDER
HORIZON AIR INDUSTRIES, a               )
Washington corporation,                 )
                                        )
            Defendant,                  )
                                        )
_____ )
                                        )
     v.                                 )
                                        )
ROGUE VALLEY INTERNATIONAL              )
MEDFORD AIRPORT, a publically           )
owned entity by Jackson                 )
County, Oregon,                         )
                                        )
            Third-Party Defendant.      )

Magistrate Judge John P. Cooney filed his Findings and Recommendation on August 8, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin

1     - ORDER

Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Plaintiff's motion to amend (#31) is granted.

IT IS SO ORDERED.

DATED this 19th day of SEPT., 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE